AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**E-filing**

**JSW**

MARSHA GINSBURG,
Plaintiff

v.

HEARST COMMUNICATIONS, INC.; HEARST CORPORATION: HEARST NEWSPAPERS,
Defendant

)
)
)
)
)
)

CV 08    3031
Civil Action No.

**Summons in a Civil Action**

To:   HEARST COMMUNICATIONS, INC.; HEARST CORPORATION; HEARST NEWSPAPERS
*(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis A. Highman #61703, Bruce J. Highman #101760
HIGHMAN, HIGHMAN & BALL, A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
(415) 982-5563

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 0 2008

Date: _____

Richard W. Wieking
Name of clerk of court

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*