```
 1  LOUIS A. HIGHMAN, CBN 61703
    BRUCE J. HIGHMAN, CBN 101760
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, California 94102
 4  Telephone:  (415) 982-5563
    Facsimile:  (415) 982-5202
 5
    Attorneys for Plaintiff MARSHA GINSBURG
 6

 7

 8             In the United States District Court

 9         In and for the Northern District of California

10                  San Francisco-Oakland Division

11

12  MARSHA GINSBURG,                   Case No.   CV-08-3031 JSW

13          Plaintiff,                 CERTIFICATE OF SERVICE

14  v.

15  HEARST COMMUNICATIONS, INC.;
    HEARST CORPORATION; HEARST
16  NEWSPAPERS,

17          Defendants.
                                    /
18  _____

19          I, the undersigned, certify and declare as follows:

20          I am employed in the county of San Francisco,

21  California and my business address is 870 Market Street, Suite

22  467, San Francisco, California which is located in the county

23  where the mailing described below took place.  I am over the

24  age of eighteen years and not a party to the within cause.

25          On the date indicated below, I served by mail a true

26  copy of the following document:    ORDER SETTING CASE

27  MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT

28
                                   1
    _____
    Certificate of Service -- Case No. C-08-3031 JSW
```

CONFERENCE STATEMENT.

I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in the county of San Francisco, in a sealed envelope with first class postage thereon fully prepaid requiring a return receipt. The above-referenced document was placed in a sealed envelope with postage thereon fully prepaid to be served by first-class mail, requiring a return receipt, addressed to the below listed parties and such envelopes were placed for collection and deposit with the United States Postal service on the date listed below.

Mr. George B. Irish
President
Hearst Newspapers
300 W. 57th Street, 43rd Floor
New York, New York  10019

Mr. Frank A. Bennack, Jr.
President & CEO
Hearst Communications, Inc.
300 W. 57th Street, 43rd Floor
New York, New York 10019

Mr. Frank A. Bennack, Jr.
President & CEO
Hearst Corporation
300 W. 57th Street, 43rd Floor
New York, New York  10019

I certify and declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on July 2, 2008.

_____
Kevin A. Mendez

2

Certificate of Service -- Case No. C-08-3031 JSW