AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

E-filing

JSW

3031

| MARSHA GINSBURG, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. CV 08- |
| HEARST COMMUNICATIONS, INC.; HEARST CORPORATION: HEARST NEWSPAPERS, | ) |
| Defendant | ) |

## Summons in a Civil Action

To:  HEARST COMMUNICATIONS, INC.; HEARST CORPORATION; HEARST NEWSPAPERS
      *(Defendant's name)*

A lawsuit has been filed against you.

  Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis A. Highman #61703, Bruce J. Highman #101760
HIGHMAN, HIGHMAN & BALL, A Professional Law Association
870 Market Street, Suite 467
San Francisco, California 94102
(415) 982-5563

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 20 2008

Richard W. Wieking
Name of clerk of court

Date: _____

Deputy clerk's signature
ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>HEARST CORPORATION ON JULY 2, 2008</u>, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Frank Bennack, President and CEO HEARST CORPORATION \*\*</u>; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ <u>0</u> for travel and $ <u>0</u> for services, for a total of $ <u>0</u>.

Date: <u>July 14, 2008</u>

*[Server's signature]*

<u>Louis A. Highman, Attorney at Law</u>
Printed name and title

HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, CA 94102

Server's address

\*\* This service of process is done in accordance with Rule Four of the Federal Rules of Civil Procedure, and the California Code of Civil Procedure Section 415.40 which states the following:

"A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Frank A. Bennack, Jr.
President and CEO
HEARST CORPORATION
300 W. 57th Street, 43rd Floor
New York, New York 10019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Alpha Kake
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0005 7410 1778

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: SAN FRANCISCO, CA / MACY'S STA / JUL 02 2008 / Ginsburg SC

Sent To: Frank Bennack, President and CEO
Street, Apt. No.; or PO Box No.: Hearst Corporation, 300 W. 57th Street, 43rd Floor
City, State, ZIP+4: New York, New York 10019

7006 0100 0005 7410 1778

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  HEARST COMMUNICATIONS, INC. on July 2, 2008
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Frank Bennack, President & CEO HEARST COMMUNICATIONS, INC. **; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

Date:  July 14, 2008

Server's signature

Louis A. Highman, Attorney at Law
Printed name and title

HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, CA 94102

Server's address

** This service of process is done in accordance with Rule Four of the Federal Rules of Civil Procedure, and the California Code of Civil Procedure Section 415.40 which states the following:

"A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Alpha bake*    C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Mr. Frank A. Bennack, Jr.<br>President and CEO<br>HEARST COMMUNICATIONS, INC.<br>300 W. 57th Street, 43rd Floor<br>New York, New York 10019 | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 0100 0005 7410 1785 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | JUL 02 2008 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7006 0100 0005 7410 1785

Sent To: Mr. Frank Bennack, President & CEO
Street, Apt. No.; or PO Box No.: Hearst Communications, Inc. 300 W. 57th Street, 43rd Floor
City, State, ZIP+4: New York, New York 10019

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>HEARST NEWSPAPERS</u>, by: <u>ON JULY 2, 2008</u>

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>GEORGE IRISH, PRESIDENT OF HEARST NEWSPAPERS</u> \*\* _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ <u>0</u> for travel and $ <u>0</u> for services, for a total of $ <u>0</u>.

Date: <u>July 14, 2008</u>

_____
Server's signature

Louis A. Highman, Attorney at Law
Printed name and title

HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, CA 94102

Server's address

\*\* This service of process is done in accordance with Rule Four of the Federal Rules of Civil Procedure, and the California Code of Civil Procedure Section 415.40 which states the following:

"A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."

