LINBURGH PORTER, JR., SBN 100091
NEVILLE FERNANDES, SBN 240935
ROBERT L. ZALETEL, SBN 096262
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
Email:       RZaletel@littler.com

Attorneys for Defendants
HEARST COMMUNICATIONS, INC. dba
HEARST NEWSPAPERS and THE HEARST
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>            Plaintiff,<br><br>      v.<br><br>HEARST COMMUNICATIONS, INC.;<br>HEARST CORPORATION; HEARST<br>NEWSPAPERS,<br><br>            Defendant. | Case No. CV 08 3031<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>L.R. 6-1(a) |

Plaintiff MARSHA GINSBURG and Defendants HEARST COMMUNICATIONS, INC. dba HEARST NEWSPAPERS and THE HEARST CORPORATION, through their undersigned counsel, hereby stipulate that Defendants will have a two (2) week extension of time through August 15, 2008 to respond to the Complaint. L.R. 6-1(a).

///

///

///

///

///

///

STIP. EXTENDING TIME FOR DEFS
TO RESPOND TO COMPLAINT

Case No. CV 08 3031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

IT IS SO STIPULATED.

Dated: July 31, 2008

/s/
ROBERT L. ZALETEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HEARST COMMUNICATIONS, INC. dba
HEARST NEWSPAPERS and THE HEARST
CORPORATION

Dated: July 31, 2008

/s/
LOUIS A. HIGHMAN
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
Attorneys for Plaintiff
MARSHA GINSBURG

Firmwide:86011754.1 052069.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. EXTENDING TIME FOR DEFS
TO RESPOND TO COMPLAINT             2.                              Case No. CV 08 3031