1  LINDBERGH PORTER, SBN 100091
   NEVILLE F. FERNANDES, SBN 240935
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone: 415.433.1940
   Fax:  415.399.8490
5  Email:  lporter@littler.com
           nfernandes@littler.com
6
7  Attorneys for Defendants
   THE HEARST CORPORATION and HEARST
   COMMUNICATIONS, INC. dba HEARST
8  NEWSPAPERS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>             Plaintiff,<br><br>      v.<br><br>HEARST COMMUNICATIONS, INC.;<br>HEARST CORPORATION; HEARST<br>NEWSPAPERS,<br><br>             Defendants. | Case No.  CV-08-3031 JSW<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16]<br><br>**DISCLOSURE STATEMENT OF NONGOVERNMENTAL CORPORATE PARTY**<br><br>[F.R.C.P. 7.1] |

LITTLER MENDELSON
A Professional Corporation
650 California Street
Twentieth Floor
San Francisco, CA  94108.2693
415.433.1940

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**  **CASE NO.  CV-08-3031 JSW**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.
3  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants THE HEARST
4  CORPORATION and HEARST COMMUNICATIONS, INC. dba HEARST
5  NEWSPAPERS provide the following corporate disclosure information: THE HEARST
6  CORPORATION is the parent company of HEARST COMMUNICATIONS, INC. dba
7  HEARST NEWSPAPERS.
8  No publicly held corporation owns more than 10% of the stock of THE
9  HEARST CORPORATION.

Date: August 15, 2008                          LITTLER MENDELSON

                                                By:   */s/ Lindbergh Porter, Jr.* _____
                                                      LINDBERGH PORTER
                                                      NEVILLE F. FERNANDES

                                                      Attorneys for Defendants
                                                      HEARST CORPORATION AND HEARST
                                                      COMMUNICATIONS, INC. dba HEARST
                                                      NEWSPAPERS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

**CERTIFICATE OF INTERESTED**                    2.                    **CASE NO. CV-08-3031 JSW**
**ENTITIES OR PERSONS**