1  LINDBERGH PORTER, SBN 100091
   NEVILLE F. FERNANDES, SBN 240935
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Fax: 415.399.8490
5  Email: lporter@littler.com
          nfernandes@littler.com
6
   Attorneys for Defendants
7  THE HEARST CORPORATION and HEARST
   COMMUNICATIONS, INC. dba HEARST
8  NEWSPAPERS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | MARSHA GINSBURG,                              | Case No. CV-08-3031 JSW
13 |              Plaintiff,                       | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
14 |    v.                                         |
   |                                                | Hearing Date    October 3, 2008
15 | HEARST COMMUNICATIONS, INC.;                  | Time:           9:00 a.m.
   | HEARST CORPORATION; HEARST                    | Judge:          Hon. Jeffrey S. White
16 | NEWSPAPERS,                                   | Courtroom:      2
17 |              Defendants.                      | Complaint Filed: June 20, 2008

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108
415.433.1940

[PROPOSED] ORDER                                                          CASE NO. CV-08-3031 JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEARST COMMUNICATIONS, INC.;<br>HEARST CORPORATION; HEARST<br>NEWSPAPERS,<br><br>　　　　　Defendants. | Case No.  CV-08-3031 JSW<br><br>**ORDER GRANTING DEFENDANTS' MOTION DISMISS**<br><br>Hearing Date　October 3, 2008<br>Time:　　　　9:00 a.m.<br>Judge:　　　　Hon. Jeffrey S. White<br>Courtroom:　2<br><br>Complaint Filed:　June 20, 2008 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108
415.433.1940

**ORDER**　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. CV-08-3031 JSW**

2

1  On October 3, 2008, the Motion to Dismiss of Defendants THE HEARST
2  CORPORATION AND HEARST COMMUNICATIONS, INC. dba HEARST NEWSPAPERS
3  ("Defendants") came before the Court regularly for hearing, the Honorable Jeffrey S. White
4  presiding. After reviewing the papers filed in support of and in opposition to the Motion, as well as
5  the argument of counsel, the Court issued the following rulings:
6      1.    The Complaint of Plaintiff MARSHA GINSBURG ("Plaintiff") fails to
7  comply with Rules 8(a) and 8(d)(1) of the Federal Rules of Civil Procedure;
8      2.    Defendants' Motion to Dismiss is therefore GRANTED and Plaintiff's
9  Complaint is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil
10 Procedure.
11     IT IS SO ORDERED

13 DATED:_____
14                                              UNITED STATES DISTRICT JUDGE

Firmwide:86229436.1 052069.1010

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108
415.433.1940

**ORDER**                                                     **CASE NO. CV-08-3031 JSW**