**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHA GINSBURG,

    Plaintiff,

    v.

HEARST COMMUNICATIONS INC., et al.,

    Defendants.
    _____/

No. 08-03031 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On August 15, 2008, Defendants filed a Motion to Dismiss or, in the Alternative, for a More Definite Statement, which is noticed for hearing on October 3, 2008. The Court HEREBY ORDERS that Plaintiff's opposition shall be due on August 29, 2008, and Defendants' reply shall be due on September 5, 2008. If any party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for such a request. If the Court finds the matter suitable for disposition without oral argument, it will notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: August 18, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE