1  LINDBERGH PORTER, SBN 100091
   NEVILLE F. FERNANDES, SBN 240935
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone: 415.433.1940
   Fax:  415.399.8490
5  Email:  lporter@littler.com
           nfernandes@littler.com
6
7  Attorneys for Defendants
   THE HEARST CORPORATION and HEARST
8  COMMUNICATIONS, INC. dba HEARST
   NEWSPAPERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARSHA GINSBURG, | Case No.  CV-08-3031 JSW |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF UNOPPOSED MOTION TO DISMISS** |
| v. | |
| HEARST COMMUNICATIONS, INC.; HEARST CORPORATION; HEARST NEWSPAPERS, | Hearing Date   October 3, 2008<br>Time:            9:00 a.m.<br>Judge:           Hon. Jeffrey S. White<br>Courtroom:    2 |
| Defendants. | Complaint Filed:   June 20, 2008 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108
415.433.1940

**DEFENDANTS' NOTICE OF UNOPPOSED MOTION TO DISMISS**    **CASE NO. CV-08-3031 JSW**

1  TO THE COURT AND ALL ATTORNEYS OF RECORD:

2  Defendants filed their moving papers related to this Motion on August 15, 2008. Plaintiff's Opposition was due on August 29, 2008 and Defendants' Reply is due today, September 5, 2008. Please take notice that, to date, no Opposition has been received by Defendants or filed on the Court's PACER database. Accordingly, Defendants will not be filing a Reply brief. As detailed in Defendants' moving papers, Plaintiff's Complaint is severely defective and must be altered so that Defendants can prepare a response. The Court should, therefore, dismiss Plaintiff's Complaint with leave to amend pursuant to Rule 41(b), or in the alternative, order Plaintiff to file a more definite statement, pursuant to Rule 12(e).

Respectfully submitted,

Date:  September 5, 2008          LITTLER MENDELSON

By:  */s/ Lindbergh Porter, Jr.*
LINDBERGH PORTER
NEVILLE F. FERNANDES

Attorneys for Defendants
HEARST CORPORATION AND HEARST COMMUNICATIONS, INC. dba HEARST NEWSPAPERS

Firmwide:86530528.1 052069.1010

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108
415.433.1940

**DEFENDANTS' NOTICE OF UNOPPOSED MOTION TO DISMISS**   **CASE NO. CV-08-3031 JSW**

1