IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>    Plaintiff,<br><br>  v.<br><br>HEARST COMMUNICATIONS INC., et al.,<br><br>    Defendants.<br>_____/ | No. 08-03031 JSW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On August 15, 2008, Defendants filed a Motion to Dismiss or, in the Alternative, for a More Definite Statement, which is noticed for hearing on October 3, 2008. On August 18, 2008, this Court issued a briefing schedule that required Plaintiff's opposition to be filed on August 29, 2008, and Defendants' reply to be filed on September 5, 2008. On September 5, 2008, Defendants filed a notice stating that Plaintiff had not filed an opposition brief.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE, in writing, why her case should not be dismissed for failure to prosecute. If Plaintiff intends to oppose the motion, she must file a request demonstrating good cause for her failure to comply with the Court's briefing schedule. Plaintiff's response to this Order to Show Cause shall be due on September 19, 2008. If Plaintiff intends to oppose the motion, her request to late file and opposition brief also must be filed by that date. If Plaintiff fails to submit a response to this Order by September 19, 2008, this case shall be dismissed for failure to prosecute.

//

//

It is FURTHER ORDERED that the hearing set for October 3, 2008 is HEREBY CONTINUED to Friday, October 17, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE