UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


MARSHA GINSBURG

CASE NO.  CV-08-3031 JSW

Plaintiff(s),

v.

HEARST COMMUNICATIONS, ET AL.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)
   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR (*please identify process and provider*)   _____

The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓   other requested deadline  February 1, 2009 _____


Dated: 9/11/08 _____          s/Louis A. Highman _____
                                   Attorney for Plaintiff


Dated: 9/11/08 _____          s/Lindbergh Porter
                                   Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
   Non-binding Arbitration
   Early Neutral Evaluation (ENE)
✓   Mediation
   Private ADR

Deadline for ADR session
   90 days from the date of this order.
✓   other   February 1, 2009

IT IS SO ORDERED.

Dated: September 12, 2008

_____
UNITED STATES DISTRICT        JUDGE