1  LINDBERGH PORTER, SBN 100091
   NEVILLE F. FERNANDES, SBN 240935
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone: 415.433.1940
   Fax:  415.399.8490
5  Email: lporter@littler.com
           nfernandes@littler.com
6
   Attorneys for Defendants
7  THE HEARST CORPORATION AND HEARST
   COMMUNICATIONS, INC. dba HEARST
8  NEWSPAPERS

9  LOUIS A. HIGHMAN, SBN 61703
   BRUCE J. HIGHMAN, , SBN 101760
10 HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
11 870 Market Street, Suite 467
   San Francisco, CA  94102
12 Telephone: 415.982.5563
   Fax:  415.982.5202
13 Email: attorneys@highman-ball.com

14
   Attorneys for Plaintiff
15 MARSHA GINSBURG

16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18

19 | MARSHA GINSBURG,                    | Case No.  CV-08-3031 JSW
20 |         Plaintiff,                  | **STIPULATION TO CONTINUE**
                                          | **CASE MANAGEMENT CONFERENCE AND**
21 |    v.                               | **[PROPOSED] ORDER**
22 | HEARST COMMUNICATIONS, INC.;        |
   | HEARST CORPORATION; HEARST          |
23 | NEWSPAPERS,                         |
24 |         Defendants.                 |

25
26
27
28

**JOINT STIPULATION TO CONTINUE CMC**                              **CASE NO. CV-08-3031 JSW**

1  Pursuant to Local Rule 16-2(e), Defendants THE HEARST CORPORATION and
2  HEARST COMMUNICATIONS, INC. dba HEARST NEWSPAPERS and Plaintiff MARTHA
3  GINSBURG hereby stipulate as follows:
4      1.    The Case Management Conference is scheduled for September 26, 2008 and
5  the parties are required to file a Case Management Statement by September 19, 2008.
6      2.    Defendants' Motion To Dismiss Pursuant To FRCP 41(b), Or In The Alternative,
7  For A More Definite Statement Pursuant To FRCP 12(e) is currently pending and oral argument is
8  scheduled for October 17, 2008.
9      3.    The Court's ruling on the Motion to Dismiss could have a material impact on
10 the issues at the Case Management Conference. Therefore, the parties request to continue the Case
11 Management Conference so that it occurs after the hearing on the Motion to Dismiss. The parties
12 believe continuing the Conference will allow them to be more accurate in the Case Management
13 Statement and will promote judicial efficiency by reducing the need for a follow-up Case
14 Management Conference.
15     4.    The parties request that the Case Management Conference be continued until
16 October 31, 2008 and that the due date for the Case Management Statements be moved to October
17 24, 2008.
18 IT IS SO STIPULATED.
19
20 Date: September 11, 2008              LITTLER MENDELSON
21
22 By:  /s/ *Lindbergh Porter, Jr.*_____
      LINDBERGH PORTER
23       NEVILLE F. FERNANDES
24       Attorneys for Defendants
      THE HEARST CORPORATION AND
25       HEARST COMMUNICATIONS, INC. dba
      HEARST NEWSPAPERS
26
27
28

LITTLER MENDELSON
A Professional Corporation
701 "B" Street
13th Floor
San Diego, CA 92101.8194
619.232.0441

-1-

**JOINT STIPULATION TO CONTINUE CMC**        **CASE NO. CV-08-3031 JSW**

Date: September ___, 2008                         HIGHMAN, HIGHMAN & BALL

                                          By:    */s/ Louis A. Highman*
                                                 LOUIS A. HIGHMAN

                                                 Attorneys for Plaintiff
                                                 MARSHA GINSBURG

### [~~PROPOSED~~] ORDER

Based on the attached Stipulation, the Court finds there is good cause to continue the Case Management Conference to ~~October 31, 2008 at _____~~ November 7, 2008 at 1:30. The parties shall file a Case Management Statement by ~~October 24, 2008. SO ORDERED~~ October 31, 2008. It IS SO ORDERED.

Date: September 12, 2008          _/s/ Jeffrey S. White_____
                                  HON. JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

Firmwide:86604181.1 052069.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101.8194
619.232.0441

-2-

JOINT STIPULATION TO CONTINUE CMC                    CASE NO. CV-08-3031 JSW