LINDBERGH PORTER, SBN 100091
ROBERT L. ZALETEL, SBN 096262
NEVILLE F. FERNANDES, SBN 240935
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax: 415.399.8490
Email: lporter@littler.com
rzaletel@littler.com
nfernandes@littler.com

Attorneys for Defendants
HEARST CORPORATION; and HEARST
COMMUNICATIONS, INC. dba HEARST
NEWSPAPERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>    Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.;<br>HEARST CORPORATION; HEARST<br>NEWSPAPERS,<br><br>    Defendants. | Case No. CV-08-3031 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLETING MEDIATION |

WHEREAS, this is an employment discrimination/retaliation case brought by a former employee of Defendants; and

WHEREAS, on November 13, 2008, this matter was referred to Dana Curtis for mediation; and

WHEREAS, on December 15, 2008, the parties held a pre-mediation conference call with the Court-appointed mediator, Dana Curtis, to discuss dates for the mediation; and

WHEREAS, Plaintiff's Complaint spans the period of Plaintiff's work history of over 20 years, and includes multiple claims under various discrimination and retaliation statutes; and

WHEREAS, both Parties believe that they need to conduct several depositions and propound written discovery before a meaningful mediation can take place; and

WHEREAS, the Parties plan to conduct this discovery in January and February 2009; and

WHEREAS, the Parties have tentatively scheduled mediation with Dana Curtis for March 16, 2009 (subject to the Court extending the time to complete mediation); and

WHEREAS, the Parties believe that the current February 1, 2009 deadline for completing mediation will not give sufficient time to conduct adequate discovery to allow for a meaningful mediation.

THEREFORE, the Parties request that the Court extend the time for completing mediation from February 1, 2009 to March 31, 2009.

IT IS SO STIPULATED.

DATED: December 26, 2008

LOUIS HIGHMAN
Attorney for Plaintiff
MARSHA GINSBURG

DATED: December 30, 2008

LINDBERGH PORTER
Attorney for Defendants
HEARST CORPORATION; and HEARST COMMUNICATIONS, INC. dba HEARST NEWSPAPERS

## ~~PROPOSED~~ ORDER

For good cause appearing, the Parties shall have through March 31, 2009 to complete mediation in this case.

IT IS SO ORDERED.

January 5, 2009

THE HONORABLE JEFFREY S. WHITE

Firmwide:87861796.1 052069.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND ORDER EXTENDING TIME FOR COMPLETING MEDIATION

2.

Case No. CV-08-3031 JEW