UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>    Plaintiff,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.;<br>HEARST CORPORATION; HEARST<br>NEWSPAPERS,<br><br>    Defendants. | Case No. CV-08-3031 JSW<br><br>[PROPOSED] ORDER EXTENDING TIME<br>FOR ORDER EXTENDING DISCOVERY<br>CUTOFF AND HEARING DATE FOR<br>DISPOSITIVE MOTIONS |

    For good cause appearing, the percipient witness cutoff shall be extended one month until July 29, 2009 and the last date for hearing dispositive motions shall be extended one month from August 28, 2009 to ~~September 28, 2009.~~ Friday, October 2, 2009 at 9:00 a.m.

The pretrial conference is HEREBY CONTINUED to December 14, 2009, and the trial is CONTINUED to January 4, 2010.

    IT IS SO ORDERED.

April 30, 2009

*/s/ Jeffrey S. White*
_____
THE HONORABLE JEFFREY S. WHITE

Firmwide:89739064.1 052069.1010

[PROP] ORDER EXTENDING CUTOFF DATES      Case No. CV-08-3031 JEW