UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG, | Case No. CV-08-3031 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME FOR EXPERT DISCOVERY CUTOFF |
| v. | |
| HEARST COMMUNICATIONS, INC.; HEARST CORPORATION; HEARST NEWSPAPERS, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and for good cause appearing, the Court orders that the cutoff for expert discovery be extended from July 29, 2009 to October 15, 2009.

IT IS SO ORDERED.

June 1, 2009

_____
THE HONORABLE JEFFREY S. WHITE

Firmwide:90203110.1 052069.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[~~PROP~~] ORDER EXTENDING EXPERT DISCOVERY CUTOFF | Case No. CV-08-3031 JSW