UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>          Plaintiff,<br><br>      v.<br><br>HEARST COMMUNICATIONS, INC.;<br>HEARST CORPORATION; HEARST<br>NEWSPAPERS,<br><br>          Defendants. | Case No.  CV-08-3031 JSW<br><br>[PROPOSED] ORDER EXTENDING TIME FOR<br>ORDER EXTENDING  DISCOVERY CUTOFF,<br>EXPERT DISCOVERY CUTOFF, AND<br>HEARING DATE FOR DISPOSITIVE<br>MOTIONS |

For good cause appearing, the percipient witness cutoff shall be extended one month until August 28, 2009, the cutoff for expert discovery shall be extended 32 days to November 16, 2009, and the last date for hearing dispositive motions shall be extended one month from October 2, 2009 to October 30, 2009.

IT IS SO ORDERED.

June 24, 2009

THE HONORABLE JEFFREY S. WHITE

Firmwide:90634626.1 052069.1010

[PROP] ORDER EXTENDING CUTOFF
DATES

Case No.  CV-08-3031 JSW