1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10    MARSHA GINSBURG,                     Case No.  CV-08-3031 JSW

11              Plaintiff,                 [~~PROPOSED~~] **ORDER EXTENDING TIME**
                                           **FOR NON-EXPERT DISCOVERY CUTOFF**
12         v.                              **DATE**

13    HEARST COMMUNICATIONS, INC.;
      HEARST CORPORATION; HEARST
14    NEWSPAPERS,

15              Defendants.

16

17

18            For good cause appearing, the percipient witness cutoff shall be extended an

19    additional 21 days to September 18, 2009, the cutoff for expert discovery shall continue to be

20    November 16, 2009, and the last date for hearing dispositive motions shall continue to be

21    October 30, 2009.

22            IT IS SO ORDERED.

23

24     July 30, 2009                       _____
                                           THE HONORABLE JEFFREY S. WHITE
25

26     Firmwide:91303908.1 052069.1010

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[~~PROP~~] **ORDER EXTENDING EXPERT**          **Case No.  CV-08-3031 JSW**
**DISCOV. CUTOFF   DATE**