LINDBERGH PORTER, SBN 100091
ROBERT L. ZALETEL, SBN 096262
NEVILLE F. FERNANDES, SBN 240935
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax: 415.399.8490
Email: lporter@littler.com
       rzaletel@littler.com
       nfernandes@littler.com

Attorneys for Defendants
HEARST CORPORATION ; and HEARST COMMUNICATIONS, INC. dba HEARST NEWSPAPERS

LOUIS HIGHMAN, SBN 61703
BRUCE J. HIGHMAN, SBN 101760
HIGHMAN, HIGHMAN & BALL
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: 415.982.5563
Fax: 415.982.5202
Email: attorneys@highman-ball.com

Attorneys for Plaintiff
MARSHA GINSBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GINSBURG,<br><br>        Plaintiff,<br><br>   v.<br><br>HEARST COMMUNICATIONS, INC.; HEARST CORPORATION; HEARST NEWSPAPERS,<br><br>        Defendants. | Case No. CV-08-3031 JSW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** [PROPOSED] **ORDER**<br><br>(F.R.Civ.P. Rule 41(a)(1) |

Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1), plaintiff Marsha Ginsburg and

defendants Hearst Communications, Inc., Hearst Corporation, and Hearst Newspapers (all of

1

| | |
|---|---|
| 1 | the parties in the above-entitled action), by and through their respective attorneys, do hereby |
| 2 | stipulate to dismiss the above-entitled action in its entirety with prejudice.  None of the |
| 3 | parties will seek a court award for attorneys' fees and costs. |
| 4 | SO STIPULATED: |

DATED:  September 16, 2009.            LOUIS A. HIGHMAN
                                       BRUCE J. HIGHMAN
                                       HIGHMAN, HIGHMAN & BALL


                                       By /s/ Louis A. Highman
                                       Attorneys for Plaintiff
                                       MARSHA GINSBURG


DATED:  September 16, 2009.            LINDBERGH PORTER
                                       LITTLER MENDELSON


                                       By /s/ Lindbergh Porter
                                       Attorneys for
                                       Defendants HEARST
                                       CORPORATION AND
                                       HEARST COMMUNICATIONS
                                       COMMUNICATIONS, INC.,
                                       dba HEARST NEWSPAPERS


                                    ORDER

     Good cause appearing therefor, IT IS SO ORDERED.


DATED: Sept. 17, 2009.

                                       HON. JEFFREY S. WHITE
                                       U.S. DISTRICT JUDGE

2

Stipulation for Dismissal with Prejudice--
Case No. CV 08-3031 JSW